IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIN ZHANG,<br><br>        Plaintiff,<br><br>  v.<br><br>AIR CHINA,<br><br>        Defendant.<br>_____/ | No. C 11-06724 SI<br><br>**PRETRIAL PREPARATION ORDER** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: <u>June 22, 2012</u> at <u>3:00 p.m.</u>
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is <u>January 11, 2013</u>.

DESIGNATION OF EXPERTS: <u>1/25/13</u>; REBUTTAL: <u>2/11/13</u>.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is <u>February 28, 2013</u>.

DISPOSITIVE MOTIONS **SHALL** be filed by <u>March 1, 2013</u>;

    Opp. Due <u>March 15, 2013</u>; Reply Due <u>March 22, 2013</u>;

    and set for hearing no later than <u>April 5, 2013</u> at <u>9:00 AM</u>.

PRETRIAL CONFERENCE DATE: <u>May 7, 2013</u> at <u>3:30 PM</u>.

JURY TRIAL DATE: <u>May 20, 3013</u> at <u>8:30 AM.</u>,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be <u>7</u> days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

Counsel shall notify the Court of the private mediator selected and shall participate in private mediation by November 1, 2012.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 4/23/12

                                                    SUSAN ILLSTON
                                                    United States District Judge