IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIN ZHANG,<br><br>        Plaintiff,<br><br>  v.<br><br>AIR CHINA,<br><br>        Defendant.<br>_____ / | No. C 11-06724 SI<br><br>**PRETRIAL PREPARATION ORDER** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: June 22, 2012 at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is January 11, 2013.

DESIGNATION OF EXPERTS: 1/25/13; REBUTTAL: 2/11/13.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is February 28, 2013.

DISPOSITIVE MOTIONS **SHALL** be filed by March 1, 2013;

    Opp. Due March 15, 2013; Reply Due March 22, 2013;

    and set for hearing no later than April 5, 2013 at 9:00 AM.

PRETRIAL CONFERENCE DATE: May 7, 2013 at 3:30 PM.

JURY TRIAL DATE: May 20, 3013 at 8:30 AM.,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be 7 days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

Counsel shall notify the Court of the private mediator selected and shall participate in private mediation by November 1, 2012.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 4/23/12

                                              SUSAN ILLSTON
                                              United States District Judge