*IT IS SO ORDERED*
*Susan Illston*
*Judge Susan Illston*

Michael A. Hession (State Bar No.: 219103)
CLYDE & CO US LLP
101 Second Street, 24th Floor
San Francisco, California 94105
Telephone: (415) 365-9800
Facsimile:  (415) 365-9801
Email: michael.hession@clydeco.us

Attorneys for Defendant Air China Limited

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIN ZHANG, NING ZHANG and XUEGIN LIN,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>AIR CHINA LIMITED , and DOES 1 through 10 inclusive,<br><br>　　　　Defendants. | Case No: 3:11-cv-06724-SI<br><br>STIPULATION TO EXTEND TIME TO RESPOND TO SECOND AMENDED COMPLAINT<br><br>Trial Date:  May 20, 2013<br>Complaint Filed: November 4, 2011 |

　　　　TO THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA:

　　　　IT IS HEREBY STIPULATED, pursuant to Civil Local Rule 6-1(a), by and between counsel of record for plaintiffs Lin Zhang, Ning Zhang and Xuegin Lin and counsel of record for defendant Air China Limited, that defendant Air China Limited shall have an extension of time, through and including Friday, May 11, 2012, within which to file and serve its responsive pleading to plaintiffs' Second Amended Complaint without prejudice to any of Air China Limited's defenses in this matter.  This is the first extension of time to respond to the Second Amended Complaint granted to defendant Air China Limited.  No Court deadline is or will be affected by this Stipulation.

STIPULATION TO EXTEND TIME TO RESPOND TO SECOND AMENDED COMPLAINT

IT IS SO STIPULATED.

DATED: May 4, 2012                    CLYDE & CO US LLP

                                      By: _____
                                      MICHAEL A. HESSION
                                      Attorneys for Defendant
                                      AIR CHINA LIMITED

DATED: May  4 , 2012                  BARLOW LAW

                                      By: _____
                                      PATRICIA BARLOW
                                      Attorneys for Plaintiffs
                                      LIN ZHANG, NING ZHANG and
                                      XUEGIN LIN

**PROOF OF SERVICE**

**STATE OF CALIFORNIA**
**COUNTY OF SAN FRANCISCO**

I am a employed in the County of San Francisco, State of California, I am over the age of eighteen years, and not a party to the within action.  My business address is 101 Second Street, 24th Floor, San Francisco, California  94105.

On May 4, 2012, I served the document(s) described as:

**STIPULATION TO EXTEND TIME TO RESPOND TO SECOND AMENDED COMPLAINT**

on the parties in this action addressed as follows:

**SEE ATTACHED SERVICE LIST**

in the following manner:

☐ **(BY FAX):** by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below, or as stated on the attached service list, on this date before 5:00 p.m.

☒ **(BY MAIL):** as follows:  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than on day after the date of deposit for mailing in affidavit.

☐ **(BY OVERNIGHT DELIVERY):** I caused such envelope(s) to be delivered to an overnight delivery carrier with delivery fees provided for, addressed to the person(s) on whom it is to be served.

☐ **(BY PERSONAL SERVICE):** I caused such envelope(s) to be delivered by hand this date to the offices of the addressee(s).

☒ **(BY CM/ECF):** by electronic filing system with the clerk of the Court which will send a Notice of Electronic Filing to all parties with an e-mail address of record, who have filed a Notice of Consent to Electronic Service in this action:

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on May 4, 2012, at San Francisco, California.

Patricia Inabnet

# SERVICE LIST

Patricia Barlow, Esq. (SBN 135637)
Barlow Law
1611 Jackson Street
San Francisco, California  94109
Tel:  (415) 977-1107
Fax: (415) 977-1111
E-Mail: barlowairlaw@yahoo.com
Attorneys for Plaintiff

CLYDE & CO US LLP
101 Second Street, 24th Floor
San Francisco, California 94105
Telephone: (415) 365-9800