1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  LIN ZHANG, NING ZHANG and )   Case No: 3:11-cv-06724-SI
    XUEGIN LIN, )
12                       )   ORDER GRANTING STAY OF
          Plaintiffs, )   PROCEEDINGS PENDING APPEAL
13                       )   [~~PR~~OPOSED]
    v. )
14                       )   Trial Date: May 20, 2013
    AIR CHINA LIMITED , and DOES 1 )   Complaint Filed: November 4, 2011
15  through 10 inclusive, )
                         )
16        Defendants. )
                         )
17                       )
                         )
18  _____ )

19
20      TO THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR
21  THE NORTHERN DISTRICT OF CALIFORNIA:
22      WHEREAS, On May 17, 2012, Air China Limited ("Air China") filed a
23  Notice of Appeal to the Ninth Circuit Court of Appeals for interlocutory review of
24  this Court's April 17, 2012 Order Denying Defendant's Motion to Dismiss;
25      WHEREAS, the parties hereto, by and between counsel of record for
26  plaintiffs Lin Zhang, Ning Zhang and Xuegin Lin and counsel of record for
27  defendant Air China Limited, have stipulated that this matter should be stayed
28  pending the final determination by the Court of Appeals of the interlocutory appeal

ORDER GRANTING STAY OF PROCEEDINGS PENDING INTERLOCUTORY APPEAL
[PROPOSED]

1  filed by defendant Air China Limited on May 17, 2012;

2          WHEREAS, the parties have stipulated to provide to this Court a report on

3  the status of the appeal within ninety (90) days of the date of the stipulation; and

4          WHEREAS, the parties have stipulated that a further Case Management

5  Conference should be held within one hundred twenty (120) days of the date of the

6  stipulation;

7          IT IS HEREBY ORDERED that the pending trial of this case, and all dates

8  and deadlines attendant thereupon, shall be and hereby are stayed until the Court of

9  Appeals has issued a final decision in the pending interlocutory appeal.

10          IT IS FURTHER ORDERED that the parties shall provide to this Court a

11  report on the status of the appeal within ninety (90) days of the date of this order.

12          IT IS FURTHER ORDERED that a further Case Management Conference

13  shall be held on __Nov. 9____, 2012, at __3:00 p__ .m., in Courtroom 10 of the above-

14  entitled Court, the Honorable United States District Judge Susan Illston presiding.

15

16  IT IS SO ORDERED.

17

18  DATED:                              _____

19                                      HON. SUSAN ILLSTON
                                        UNITED STATES DISTRICT COURT JUDGE
20

21

22  Respectfully submitted,

23

24  DATED: July 6, 2012                 CLYDE & CO US LLP

25

26                                      By: _____

27                                          MICHAEL A. HESSION
                                            Attorneys for Defendants
28                                          AIR CHINA LIMITED

ORDER GRANTING STAY OF PROCEEDINGS PENDING INTERLOCUTORY APPEAL
[PROPOSED]

**PROOF OF SERVICE**

**STATE OF CALIFORNIA**
**COUNTY OF SAN FRANCISCO**

I am a employed in the County of San Francisco, State of California, I am over the age of eighteen years, and not a party to the within action.  My business address is 101 Second Street, 24th Floor, San Francisco, California  94105.

On July 6, 2012, I served the document(s) described as:

**ORDER GRANTING STAY OF PROCEEDINGS PENDING INTERLOCUTORY APPEAL**

on the parties in this action addressed as follows:

**SEE ATTACHED SERVICE LIST**

in the following manner:

☐  **(BY FAX):** by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below, or as stated on the attached service list, on this date before 5:00 p.m.

☒  **(BY MAIL):** as follows:  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than on day after the date of deposit for mailing in affidavit.

☐  **(BY  OVERNIGHT  DELIVERY):** I caused such envelope(s) to be delivered to an overnight delivery carrier with delivery fees provided for, addressed to the person(s) on whom it is to be served.

☐  **(BY  PERSONAL  SERVICE):** I caused such envelope(s) to be delivered by hand this date to the offices of the addressee(s).

☒  **(BY CM/ECF):** by electronic filing system with the clerk of the Court which will send a Notice of Electronic Filing to all parties with an e-mail address of record, who have filed a Notice of Consent to Electronic Service in this action:

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on July 6, 2012, at San Francisco, California.

Patricia Inabnet

ORDER GRANTING STAY OF PROCEEDINGS PENDING INTERLOCUTORY APPEAL
[PROPOSED]

1

## SERVICE LIST

2

3    Patricia Barlow, Esq. (SBN 135637)
     Barlow Law
4    1611 Jackson Street
     San Francisco, California  94109
5    Tel:  (415) 977-1107
     Fax: (415) 977-1111
6    E-Mail: barlowairlaw@yahoo.com
     Attorneys for Plaintiff

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER GRANTING STAY OF PROCEEDINGS PENDING INTERLOCUTORY APPEAL
[PROPOSED]