IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LIN ZHANG,                                                       No. C 11-06724 SI

        Plaintiff,                                 **ORDER EXTENDING CONDITIONAL DISMISSAL**

  v.

AIR CHINA,

        Defendant.
                                             /

The parties to the action, by their counsel, have advised the court that they have agreed to finalize the settlement.

IT IS HEREBY ORDERED that the original conditional dismissal remain in effect for an additional thirty days.

Dated: 8/8/14

                                                  SUSAN ILLSTON
                                                  United States District Judge